**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED FEB 6
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD.,<br>Plaintiffs<br><br>vs.<br><br>TOMMY HABEEB<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. _____<br><br>3 03CV 0266 N |

## CERTIFICATE OF INTERESTED PERSONS

Timothy W. Sorenson, Attorney for Plaintiffs, and hereby certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case:

Robert N. Goldstein
Goldstein/Habeeb Entertainment, Inc.
Cheaters, Ltd.
Tommy Habeeb

Respectfully submitted,

Timothy W. Sorenson, Esquire
State Bar No. 18848400
1717 Main Street, Suite 4050
Dallas, Texas 75201-4639
Ph: (214) 653-4377
Fax: (214) 653-4343
**Attorney for Plaintiff**