ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 4 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| GOLDSTEIN/HABEEB | § | |
| ENTERTAINMENT, INC., and | § | |
| CHEATERS, LTD., | § | |
| Plaintiffs | § | CAUSE NO. 03-CV-0266N |
| | § | |
| vs. | § | |
| | § | |
| TOMMY HABEEB | § | |
| Defendant | § | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE JUDGE:

Plaintiffs respond to Defendant's 12(b)(6) motion to dismiss as follows:

1. Defendant merely alleges facts which, if proven, may effect the outcome of the trial in chief of Plaintiffs' complaint. The issue when a federal court reviews a complaint for sufficiency under Fed.R.Civ.P. 12(b)(6) is whether the claimants are entitled to offer evidence to support their claims, and, as in summary judgment proceedings, the complaint must be construed favorably to the Plaintiffs. *Scheuer v. Rhodes*, 416 U.S. 232, 236, 94 S.Ct. 1683, 1686 (1974). A court may dismiss only if it appears that under no circumstances can the Plaintiffs prove their allegations. *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 102 (1957).

2. Defendant fails state any legal grounds or authority for the dismissal of Plaintiffs' complaint as required by LR 7.1 (d) and (h) of this court.

WHEREFORE Plaintiffs request the court to enter an order overruling Defendant's 12 (b)(6) motion to dismiss.

Respectfully submitted,

_____
Timothy W. Sorenson
State Bar No.18848400

1

                                           1717 Main Street, Suite 4050
                                           Dallas, Texas 75201-4639
                                           Ph: (214) 653-4377
                                           Fax: (214) 653-4343
                                           **Attorney for Plaintiffs**

## Certificate of Service

      I certify that on this 4th day of March, 2003, a copy of the above and foregoing Plaintiffs' Response to Defendant's Motion to Dismiss served on Cecil W. Casterline, counsel for Defendant, at 5310 harvest Hill, Suite 296W, LB 122, Dallas, Texas 75230 by United States First Class Mail.

                                                             _____
                                                             Timothy W. Sorenson