ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 21 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| Robert N. Goldstein, Goldstein/Habeeb Entertainment, Inc., and Cheaters, Ltd., Plaintiffs | § § § § § § § § § § | 
| vs. | |
| Tommy Habeeb Defendant | |

Civil Action No. 3 03 CV 0266N

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Defendant Tommy Habeeb files this his Certificate of Interested persons as follows:

The following persons and/or entities are believed to be financially interested in the outcome of this litigation:

1.  Plaintiff:  Robert N. Goldstein, Goldstein/Habeeb Entertainment, Inc., and Chesters, Ltd.

2.  Plaintiff's counsel:  Timothy Sorenson, 1717 Main St., Ste. 4050, Dallas, Texas 75201-4639, (214) 653-4377–phone, (214) 653-4343–facsimile

3.  Defendant:  Tommy Habeeb

Respectfully submitted,

_C. A. Casterline_
Cecil W. Casterline
5310 Harvest Hill, Ste. 296W, LB 122
Dallas, Texas 75230
(972) 991-5900-telephone

(972) 991-5901–facsimile
State Bar No. 03983000

ATTORNEY FOR DEFENDANT,
TOMMY HABEEB

## CERTIFICATE OF SERVICE

~~facsimile~~ I certify that a true and correct copy of the foregoing Certificate was forwarded via ~~Certified United States Mail, return Receipt Requested, postage prepaid~~ on the ___ day of _____ 2003 on the following:

Timothy Sorenson
1717 Main St., Ste. 4050
Dallas, Texas 75201-4639

_____
Cecil W. Casterline