IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MAY 2 8 2003

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Robert N. Goldstein, | § | |
| Goldstein/Habeeb | § | |
| Entertainment, Inc., and | § | |
| Cheaters, Ltd., | § | |
| Plaintiffs | § | Civil Action No. 3 03 CV 0266N |
| | § | |
| vs. | § | |
| | § | |
| Tommy Habeeb | § | |
| Defendant | § | |

### DEFENSE COUNSEL'S MOTION TO WITHDRAW

TO THE HONORABLE UNITED STATED DISTRICT JUDGE:

1. Defense counsel Cecil W. Casterline files this his Motion to Withdraw as counsel for Defendant Tommy Habeeb for the reason that client has retain other counsel to represent him due to differences regarding how to proceed.

2. Defendant has decided upon succeeding counsel: Andrew Bergman, 4514 Travis St., Ste. 300 Travis Walk, Dallas, Texas 75205; telephone (214) 528-2444. Defendant Tommy Habeeb approves of this Motion of Cecil W. Casterline's withdrawal as his counsel.

Movant prays that his Motion be in all things granted. An agreed Order accompanies this Motion showing that neither client nor Plaintiff's counsel oppose.

Respectfully submitted,

*C. W. Casterline* (signature)

Cecil W. Casterline
5310 Harvest Hill, Ste. 296W, LB 122
Dallas, Texas 75230
(972) 991-5900-telephone
(972) 991-5901–facsimile
State Bar No. 03983000

ATTORNEY FOR DEFENDANT
TOMMY HABEEB

AGREED TO:

_____
Andrew Bergman

## CERTIFICATE OF CONFERENCE

On the 23rd day of May, 2003, Plaintiff's counsel was advised of this Motion to Withdraw by telephone conference, and Mr. Sorenson indicated his approval and had no opposition thereto.

_____
Cecil W. Casterline

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded via FACSIMILE, and in accordance with the Federal Rules to all parties, by and through their attorney of record on this the 27 day of May, 2003.

Timothy Sorenson　　　　　　　　　　　　　Via Facsimile (214) 653-4343
1717 Main St., Ste. 4050
Dallas, Texas 75201-4639

_____
Cecil W. Casterline

Motion to Withdraw　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2
Habeeb\Pleading\Mot to Withdraw

Respectfully submitted,

Cecil W. Casterline
5310 Harvest Hill, Ste. 296W, LB 122
Dallas, Texas 75230
(972) 991-5900-telephone
(972) 991-5901-facsimile
State Bar No. 03983000

**ATTORNEY FOR DEFENDANT**
**TOMMY HABEEB**

AGREED TO:

_____
Andrew Bergman

## CERTIFICATE OF CONFERENCE

On the _____ day of May, 2003, Plaintiff's counsel was advised of this Motion to Withdraw by telephone conference, and Mr. Sorenson indicated his approval and had no opposition thereto.

_____
Cecil W. Casterline

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded via FACSIMILE, and in accordance with the Federal Rules to all parties, by and through their attorney of record on this the _____ day of _____, 2003.

Timothy Sorenson               Via Facsimile (214) 653-4343
1717 Main St., Ste. 4050
Dallas, Texas 75201-4639

_____
Cecil W. Casterline