

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Robert N. Goldstein, Goldstein/Habeeb Entertainment, Inc., and Cheaters, Ltd., Plaintiffs | § § § § § | |
| vs. | § § § | Civil Action No. 3 03 CV 0266N |
| Tommy Habeeb Defendant | § § § | |

## ORDER GRANTING
## DEFENSE COUNSEL'S UNOPPOSED
## MOTION TO WITHDRAW

Defense Counsel Cecil W. Casterline's unopposed Motion to Withdraw, duly approved by Defendant Tommy Habeeb and succeeding counsel, and in all things in compliance with Local Rule 83.12, unopposed by Plaintiff's Counsel, is in all things granted. Cecil W. Casterline is effectively this day no longer counsel of record for Defendant Tommy Habeeb and Andrew Bergman, 4514 Travis St., Ste. 300 Travis Walk, Dallas, Texas 75205; telephone (214) 528-2444 is substituted in as counsel of record.

SO ORDERED THIS ___3___ day of ___June___, 2003.

_____
David Godbey, Presiding Judge