ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., <br>     Plaintiffs <br><br> vs. <br><br> TOMMY HABEEB <br>     Defendant | § § § § § § § § § § | CAUSE NO. 03-CV-0266N |

## ORDER

On this day came on to be heard the Plaintiffs' Motion for Leave to file Plaintiffs Supplemental Complaint; and for good cause shown, the Court finds that such motion is well taken. It is therefore

**ORDERED THAT** the Plaintiffs' Motion for Leave to File Supplemental Complaint is GRANTED.

SIGNED this ___ day of _____, 2003.

_____
Judge Presiding