ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, ETAL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:03-CV-0266-N |
| | § | |
| TOMMY HABEEB, | § | |
| | § | |
| Defendant. | § | |

## ORDER

It is hereby ORDERED than an expedited discovery hearing is scheduled in this case on Monday, July 7, 2003, at 4:30 p.m. on Plaintiffs' Motion to Compel filed June 19, 2003. The hearing will be held in Courtroom 1351.

It is further ORDERED that Defendant's Response should be filed on or before Thursday, July 3, 2003. No reply brief will be permitted. No evidence will be received at this hearing. If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order.

DATED: JUNE 27, 2003.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE