**ORIGINAL**

Timothy W. Sorenson
Attorney & Counselor
State Bar No. 18848400
1717 Main Street, Suite 5500, LB #49
Dallas, Texas 75201
ATTORNEY FOR PLAINTIFFS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 22 2003

CLERK, U.S. DISTRICT COURT
By _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| ROBERT N. GOLDSTEIN, § <br> GOLDSTEIN/HABEEB § <br> ENTERTAINMENT, INC., and § <br> CHEATERS, LTD., § <br>     Plaintiffs § <br> § <br> vs. § <br> § <br> TOMMY HABEEB, § <br>     Defendant § | CAUSE NO. 03-CV-0266N |

### NOTICE OF CHANGE OF ADDRESS

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Timothy W. Sorenson, counsel of record for **ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD.** in the above-styled cause has relocated effective immediately. The new address and telephone number is:

> Mr. Timothy W. Sorenson
> *Attorney and Counselor*
> 1717 Main Street, Suite 5500, LB #49
> Dallas, Texas 75201
> Telephone: (214) 698-8599
> Facsimile: (214) 698-5999



Respectfully submitted:

TIMOTHY W. SORENSON
Attorney and Counselor

By: _____
Timothy W. Sorenson
State Bar No. 18848400

1717 Main Street,
Suite 5500, LB #49
Dallas, Texas 75201

(214) 698-8599 Office
(214) 698-5999 Telefax

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Notice of Change of Address has been duly forwarded to the following party on this the 14th day of August, 2003:

Andrew S. Bergman, Esquire
*Bergman & Bird, L.L.P.*
4514 Travis Street, Suite 300
Dallas, Texas 75205

**Via Facsimile: (214) 599-0602
and First Class Mail**

By: _____
**Timothy W. Sorenson**