ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 6 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., <br> Plaintiffs <br><br> vs. <br><br> TOMMY HABEEB <br> Defendant | § § § § § § § § § § § CAUSE NO. 03-CV-0266N |

## ROBERT N. GOLDSTEIN'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Robert N. Goldstein, one of the Plaintiffs herein, and moves the Court to enter summary declaratory judgment, and in support thereof, Goldstein would respectfully show the Court as follows:

### I.
### Summary

The Court should declare that (1) Robert N. Goldstein is the sole and exclusive owner of the copyrights to the original program concept for a television series entitled, "Cheaters", registration number TXu 770-121, dated December 26, 1996, and to thirteen one-half hour videos for television and sixty-eight one-hour videos for television, each entitled "Cheaters"; (2) that Robert N. Goldstein is the owner of the United States Trademark Registration Number 2,640,153, dated October 22, 2002, for the service mark CHEATERS, for entertainment in the nature of an on-going television show in the field of news and documentary, and (3) that Defendant has no ownership interest in and to the copyrights and service mark.

## II.
## Undisputed Facts

The undisputed facts related to this motion are:

2.01 Robert N. Goldstein is the author of the original program concept for a television series entitled, "Cheaters", which copyright was duly registered with the U.S. Copyright Office under registration number TXu 770-121, dated December 26, 1996. (Appendix, Tabs 1 and 2)

2.02 Between August, 1998, and the present, Robert N. Goldstein has authored and produced thirteen (13) one-half hour videos for television and sixty-eight (68) one-hour videos for television, each entitled "Cheaters", each duly and timely flocked with the copyright reservation in Goldstein's name before publication and each duly and timely filed for registration with the U.S. Copyright Office before publication. (Appendix, Tab 1).

2.03 Of those that have been filed for registration, sixty-one (61) television videos have been registered and returned under registration numbers PA-986-280, PA-988-082, PA-988-083, PA-988-084, PA-988-085, PA-988-086, PA-988-087, PA-988-088, PA-988-089, PA-988-090, PA-988-091, PA-988-092, PA-988-093, PA-988-094, PA-1-009-429, PA-1-012-363, PA-1-012-364, PA-1-012-365, PA-1-012-430, PA-1-012-431, PA-1-026-529, PA-1-026-530, PA-1-026-531, PA-1-026-532, PA-1-026-533, PA-1-026-534, PA-1-127-531, PA-1-127-548, PA-1-128-755, PA-1-130-760, PA-1-130-078, PA-1-130-080, PA-1-130-081, PA-1-130-084, PA-1-130-085, PA-1-130-087, PA-1-130-088, PA-1-130-089, PA-1-130-090, PA-1-130-091, PA-1-130-092, PA-1-130-093, PA-1-130-095, PA-1-130-096, PA-1-130-097, PA-1-130-098, PA-1-130-099, PA-1-130-179, PA-1-130-182,

PA-1-130-183, PA-1-130-186, PA-1-130-343, PA-1-130-344, PA-1-130-345, PA-1-130-346, PA-1-130-347, PA-1-130-348, PAu2-721-158, PAu2-721-159. (Appendix, Tab 3 ).

2.03 Each of the television videos has been published by televising same to the general public on broadcast television.(Appendix, Tab 1)

2.04 Robert N. Goldstein is the sole and exclusive owner of the federally registered service mark, "Cheaters". (Appendix, Tab 4)

2.05 Defendant has claimed a proprietary interest adverse to mine in and to the copyrights to the original program concept for a television series entitled, "Cheaters" and to the videos for television authored and produced by Goldstein. (Appendix, Tabs 5 and 6)

2.06 Defendant was the host of some, but not all, of the television shows, and with respect to each in which he was the host, Defendant signed a written "work for hire" agreement. Appendix, Tab 7

2.07 Defendant has acknowledged in writing that Robert N. Goldstein is the exclusive owner of the copyright to "Cheaters". (Appendix, Tab 8).

### III.
### Applicable Law

The applicable law is set forth in the brief accompanying this motion.

WHEREFORE, Plaintiff, Robert N. Goldstein, prays the Court grant summary judgment declaring that Robert N. Goldstein is the sole and exclusive owner of the copyrights and trademark asserted herein and that Defendant, Tommy Habeeb owns no interest thereto.

Respectfully submitted:

_____
**Timothy W. Sorenson**
State Bar No.18848400
1717 Main Street, Suite 4050
Dallas, Texas 75201-4639
Ph: (214) 653-4377
Fax: (214) 653-4343
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I CERTIFY that in compliance with the provisions of Rule 5 of the Federal Rules of Civil Procedure on this _6th_ day of _October_, 2003, I caused a true and correct copy of the foregoing motion to be delivered to Andrew Bergman, counsel for Tommy Habeeb, by first class mail, properly addressed, in a postpaid envelope deposited with the United States Postal Service.

_____
Timothy W. Sorenson

## CERTIFICATE OF CONFERENCE

No conference is required by local rule.

_____
Timothy W. Sorenson