# MEMORANDUM

TO: **Docket Clerk**

FROM: **Financial**

SUBJECT: **POSTING OF BOND**

Attached is a receipt for the following transaction:

_____ Supersedeas Bond

_____ Temporary Restraining Order

__X__ Interpleader Funds

_____ Preliminary Injunction

_____ Judgement/Order

_____ Cost Bond

_____ Sanction

Please make an entry in ICMS in case _303CV00266_ that reflects 1) the date the bond was posted; 2) the amount paid; and 3) the receipt number _199730_ all of which you will find on the attached receipt.

Please contact me if you have any questions.

Deputy Clerk, Financial

```
[rcptrec]                         CFS-1 V8.2
-- Texas Northern        15 OCT 2003 - 14
:
  1
  CMJODIFY                          Recei
pt Maintenance
  REGISTER NO    :300
  RECEIPT NO     :199730
  RECEIPT SUB NO :1          RECEIPT TYP
E: C   RECEIPT DATE:10/15/03
  TENDER TYPE:2             RECEIPT AMT
:   2,090.91

  FUND    :604700  CASE NO:3:03-CV-
000266   PAYMENT TYPE:2
                         DEFENDANT:01 Gol
dstein Productions
                         BANK CODE:
BANK ACCOUNT:

  VOUCHER NO :0      PAYOR NO:
  SUB VOUCHER :0     VENDOR INV:0
  FY:      BUDGET ORG:       BUDGET O
BJ CLASS:    SUB OBJ CLASS:
          COST ORG  :       REVENUE
SOURCE  :
  REMARKS:INTERPLEADER FOR BOBBY GOLD
STEIN PRODUCTIONS
  REMARKS:4516 LOVERS LANE  DALLAS TX
75225
                              POSTED D
ATE:**/**/**   ERR CODE:0
```

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

OCT 15 2003

CLERK, U.S. DISTRICT COURT

By_____
         Deputy