IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, <br> GOLDSTEIN/HABEEB <br> ENTERTAINMENT, INC., and <br> CHEATERS, LTD., <br> Plaintiffs <br> <br> vs. <br> <br> TOMMY HABEEB, <br> Defendant. | § § § § § § § § § § § | CAUSE NO. 03-CV-0266N <br> 3:03cv266N |

AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXTEND DEADLINE TO RESPOND TO ROBERT N. GOLDSTEIN'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Tommy Habeeb, having filed on October 27, 2003 his Motion For Leave To Extend Deadline To Respond To Robert N. Goldstein's Motion For Partial Summary Judgment (the "Motion") and no hearing on the Motion necessary;

After considering the Motion the Court finds as follows:

1. On or about October 6, 2003, Plaintiff Robert N. Goldstein filed his Robert N. Goldstein's Motion For Partial Summary Judgment.

2. On or about October 27, 2003, Defendant Tommy Habeeb filed his Motion.

3. By the Motion, Defendant requests that the Court extend the deadline for Defendant to respond to Robert N. Goldstein's Motion For Partial Summary Judgment by twenty-one (21) days from the date of October 27, 2003.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

ORDERED, that the date of October 27, 2003 as the deadline for Defendant to respond to Robert N. Goldstein's Motion For Partial Summary Judgment is extended until the 17th day of November, 2003.

SIGNED this 29 day of Oct. , 2003

_____
David Godbey, U.S. DISTRICT COURT JUDGE

AGREED:

_____
Andrew A. Bergman
State Bar No. 02196300
Paul A. Sartin
State Bar No. 24034668
Bergman & Bird, L.L.P.
4514 Travis Street, Suite 300
Dallas, Texas 75205
Telephone (214) 528-2444
Facsimile (214) 599-0602
**Attorneys for Defendant**

_____
Timothy W. Sorenson
State Bar No. 18848400
1717 Main Street, Suite 4050
Dallas, Texas 75201-4639
**Attorney for Plaintiffs**