IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., Plaintiffs | § § § § § § § § § § | CAUSE NO. 03-CV-0266N |
| vs. | | |
| TOMMY HABEEB Defendant | | |

## ORDER

On this day came on to be heard the Plaintiffs' Motion for Leave to file Plaintiffs Amended Complaint; and for good cause shown, the Court finds that such motion is well taken. It is therefore

**ORDERED THAT** the Plaintiffs' Motion for Leave to File Amended Complaint is GRANTED.

SIGNED this 18 day of Nov., 2003.

_____
Judge Presiding