IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DEC - 5 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| GOLDSTEIN/HABEEB/MCCALMONT | § | |
| ENTERTAINMENT, INC.,f/k/a | § | |
| GOLDSTEIN/HABEEB | § | |
| ENTERTAINMENT, INC. and | § | |
| CHEATERS, LTD., | § | |
| Plaintiffs | § | CAUSE NO. 03-CV-0266N |
| | § | |
| vs. | § | 3.03cv266N |
| | § | |
| TOMMY HABEEB | § | |
| Defendant | § | |

## PLAINTIFFS' WITNESS AND EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Robert N. Goldstein, Goldstein/Habeeb/McCalmont Entertainment, Inc., and Cheaters, Ltd., Plaintiffs, and present this list of witnesses and exhibits for trial as follows:

### I.
### LIST OF WITNESSES

1. Robert N. Goldstein will testify to the existence, history and nature of the relationship between the parties, that Habeeb is a Director of Goldstein/Habeeb/McCalmont Entertainment, Inc., that Habeeb abandoned his duties to the corporation, that Habeeb subsequently infringed on Goldstein's copyrights and trademark, that Habeeb has publicly disparaged the corporation, and that Habeeb has publicly and wrongfully claimed an adverse interest in and to Goldstein's copyrights and trademark necessitating the filing of this suit. Goldstein's testimony will take the better portion of the first day of trial. Goldstein will identify and authenticate the documents not otherwise identified and authenticated by Habeeb.

2. Tommy Habeeb will confirm the testimony of Goldstein. Habeeb's testimony and will take approximately ½ day. Habeeb will identify and authenticate the documents not otherwise identified and authenticated by Goldstein.

II.
## LIST OF EXHIBITS

| Exh. No. | Description | Witness | Offered | Admitted |
|---|---|---|---|---|
| 1 | 5/26/1998 - Memo from Habeeb regarding terms of Goldstein Habeeb, Inc. | _____ | _____ | _____ |
| 2 | 9/2/1999- Letter from T. Lawty regarding Goldstein/Habeeb, Inc. documents. | _____ | _____ | _____ |
| 3 | 8/25/99 - Goldstein/Habeeb, Inc. Minutes of Organization Meeting of Directors. | _____ | _____ | _____ |
| 4 | 8/25/99-Shareholders Agreement | _____ | _____ | _____ |
| 5 | 6/1/99-Assignment and Assumption Agreement | _____ | _____ | _____ |
| 6 | 8/25/99-Assignment and Assumption Agreement | _____ | _____ | _____ |
| 7 | 2/17/00 - E-mail from Goldstein regarding Habeeb's resignation from the board. | _____ | _____ | _____ |
| 8 | 6/20/00 -Resolutions of the Board of Directors and Shareholders of Goldstein/Habeeb Entertainment. | _____ | _____ | _____ |
| 9 | 7/4/00-E-mail from Habeeb regarding corporate duties. 6/29/00-Director and Shareholders Duties and Liabilities | _____ | _____ | _____ |
| 10 | 9/29/00-Letter from Attorney Schaefer regarding Amendment to Host Memorandum of Agreement | _____ | _____ | _____ |
| 11 | 10/27/00-Shareholders' Agreement Goldstein/ Habeeb/McCalmont Entertainment | _____ | _____ | _____ |
| 12 | 6/7/01- Email to Habeeb regarding use of the name Grand, future agency | _____ | _____ | _____ |
| 12a | 11/27/01- Followup email regarding the use of Grand as well as office for personal use | _____ | _____ | _____ |
| 13 | 11/28/01 - email to Habeeb regarding revocation of license | _____ | _____ | _____ |

| Exh. No. | Description | Witness | Offered | Admitted |
|---|---|---|---|---|
| 13a | 11/27/01- Duplicate of 12a - labeled Deposition Exhibit 15 | ____ | ____ | ____ |
| 14 | 3/2/01 - Video | ____ | ____ | ____ |
| 15 | 4/11/02-Video | ____ | ____ | ____ |
| 16 | 1/21/03-Video | ____ | ____ | ____ |
| 17 | 8/22/00-Tommy Gunn Production home page | ____ | ____ | ____ |
| 18 | 12/8/01-Tommy Habeeb home page | ____ | ____ | ____ |
| 19 | 6/23/02-Tommy Habeeb home page | ____ | ____ | ____ |
| 20 | 6/23/02-Cheaters T-shirt on Habeeb's web site | ____ | ____ | ____ |
| 21 | 8/13/02-"Speaking Forum Live" from Habeeb's web site | ____ | ____ | ____ |
| 22 | 12/10/02-Habeeb's web page | ____ | ____ | ____ |
| 23 | 1/31/03- Habeeb's web page with message "to all Cheaters Fans" | ____ | ____ | ____ |
| 23a | 8/6/03- Habeeb's web page with message still posted | ____ | ____ | ____ |
| 24 | 1/15/03-Message from David Meyer to Leon Gladstone | ____ | ____ | ____ |
| 24a | 1/10/03-Email from Habeeb to Goldstein regarding Meyers letter | ____ | ____ | ____ |
| 25 | 6/28/01- Summary of Cheaters | ____ | ____ | ____ |
| 26 | 5/22/03-Defendant Tommy Habeeb's Objections and Responses to Plaintiff's Interrogatories. | ____ | ____ | ____ |

Respectfully submitted,

Timothy W. Sorenson
State Bar No.18848400
1717 Main Street, Suite 5500
Dallas, Texas 75201
Ph: (214) 698-8599
Fax: (214) 698-5999
**Attorney for Plaintiffs**

### Certificate of Service

I certify that on this 5th day of December, 2003, a copy of the above and foregoing witness and exhibit list was served on Andrew Bergman, counsel for Defendant, at 4514 Travis, Suite 300, Dallas, Texas 75205 by certified mail, return receipt requested.

Timothy W. Sorenson