IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DEC - 5 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| GOLDSTEIN/HABEEB | § | |
| ENTERTAINMENT, INC., and | § | |
| CHEATERS, LTD., | § | |
|     Plaintiffs | § | CAUSE NO. 03-CV-0266N |
| | § | 3:03CV266N |
| vs. | § | |
| | § | |
| TOMMY HABEEB | § | |
|     Defendant | § | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the proposed Joint Pretrial order on opposing counsel by facsimile on December 2, 2003; and I served a true copy of the Plaintiffs' Proposed Pretrial Order, Plaintiffs' Proposed Findings of Fact and Conclusions of Law, Plaintiffs' Witness and Exhibit List, and this Certificate of Service on opposing counsel by certified mail, return receipt requested on the 5th day of December, 2003.

Respectfully submitted,

_____
Timothy W. Sorenson, Esquire
State Bar No. 18848400
1717 Main Street, Suite 4050
Dallas, Texas 75201-4639
Ph: (214) 653-4377
Fax: (214) 653-4343
**Attorney for Plaintiff**