

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., <br> Plaintiffs <br><br> vs. <br><br> TOMMY HABEEB, <br> Defendant. | § § § § § § § § § § § CAUSE NO. 3.03-CV-0266N |

## DEFENDANT'S PROPOSED FINDINGS OF FACT IN CONCLUSION OF LAW

Came on to be heard the above styled and numbered cause and at the conclusion of same and after considering the testimony and reviewing the evidence, the Court finds the following facts:

1. That Robert N. Goldstein is not the sole owner of all copyrights and service marks at issue in this case.

2. That Defendant Tommy Habeeb did not infringe on any copyrights.

3. That Defendant Tommy Habeeb did not breach any fiduciary duties.

4. That Plaintiff is not entitled to any relief.

Respectfully submitted,

**BERGMAN & BIRD, L.L.P.**

By: _____
Andrew A. Bergman
State Bar No. 02196300
Paul A. Sartin
State Bar No. 24034668
4514 Travis Street, Suite 300
Dallas, Texas 75205

Telephone (214) 528-2444
Facsimile (214) 599-0602
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing Defendant's Proposed Findings of Fact in Conclusion of Law was served upon Timothy Sorenson, 1717 Main Street, Suite 5500, LB #49, Dallas, Texas 75201 in accordance with the Texas Rules of Civil Procedure on this ___ day of December, 2003.

Andrew A. Bergman